UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LOUISE NUNEZ,<br>  Plaintiff,<br>vs.<br>CAROLYN W. COLVIN, Commissioner of Social Security,<br>  Defendant. | CASE NO. EDCV 13-2131 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion of the Ninth Circuit.

DATED: March 13, 2017

_____
ALICIA G. ROSENBERG
United States Magistrate Judge